IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Knight Jr, Alphonso | Case Number: 07 B 18677 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/24/08 | Filed: 10/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: May 8, 2008
Confirmed: November 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,380.00 | |
| Secured: | | 2,208.22 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 42.76 |
| Trustee Fee: | | 129.02 |
| Other Funds: | | 0.00 |
| Totals: | 2,380.00 | 2,380.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Richard E Sexner | Administrative | 1,329.00 | 42.76 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 0.00 | 0.00 |
| 4. | The River City Condominium Association | Secured | 649.00 | 0.00 |
| 5. | Heritage Acceptance Corp | Secured | 2,562.87 | 231.67 |
| 6. | Accredited Home Lenders | Secured | 24,000.00 | 494.14 |
| 7. | Home Loan Services | Secured | 67,210.51 | 1,132.40 |
| 8. | Home Loan Services | Secured | 18,626.05 | 350.01 |
| 9. | Asset Acceptance | Unsecured | 336.51 | 0.00 |
| 10. | Capital One | Unsecured | 289.05 | 0.00 |
| 11. | Heritage Acceptance Corp | Unsecured | 3,802.72 | 0.00 |
| 12. | Mancari's Chrysler Jeep | Unsecured | 3,850.00 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 520.48 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 302.48 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 949.60 | 0.00 |
| 16. | Chrysler Credit | Unsecured | 5,719.03 | 0.00 |
| 17. | Peoples Energy Corp | Unsecured | 3,255.70 | 0.00 |
| 18. | Calvary Portfolio Services | Unsecured | | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 20. | Credit Management Service | Unsecured | | No Claim Filed |
| 21. | Comcast | Unsecured | | No Claim Filed |
| 22. | First Revenue Assurance | Unsecured | | No Claim Filed |
| 23. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 24. | Allstate | Unsecured | | No Claim Filed |
| 25. | Professional Account Management | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Knight Jr, Alphonso

Printed: 6/24/08

Case Number: 07 B 18677
Judge: Wedoff, Eugene R
Filed: 10/10/07

| | | | |
|---|---|---|---|
| 26. Wow Internet | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 133,403.00 | $ 2,250.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 126.05 |
| 6.5% | 2.97 |
| | _____ |
| | $ 129.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____